No. 89–759.  KOWALESKI ET AL. v. DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPART-

MENT OF LABOR, ET AL.   C. A. 3d Cir.   Certiorari denied. ▮